IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00442-EWN-OES

RHIDALE DOTSON,

Applicant,

v.

WARDEN CARL ZENON, and
JOHN SUTHERS, The Attorney General of the States of Colorado,

Respondents.

## MINUTE ORDER

**Entered by O. Edward Schlatter, United States Magistrate Judge, on July 29, 2005.**

Applicant's Motion To Compel [Filed July 6, 2005; Docket #16] is **DENIED** as moot. Applicant's Request For Enlargement Of Time [Filed July 27, 2005; Docket #20] is **GRANTED**. Applicant is granted until and including August 11, 2005, in which to file his traverse, and his request for waiver of required copies is granted only in this instance. As noted by the applicant, he is required to file an original and two copies with the court, and serve one copy on the respondents, of any and all motions or other documents filed with the court in the future.